figures $250, and inserting in place thereof the figures $750; by striking out the terms of payment and substituting therefor a provision that the counsel fee be paid within ten days from the entry of the order hereon. As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

MARIE PIERCE, Appellant, v. ELLIOTT P. HENRY, Respondent.— Action to recover damages for personal injuries sustained through alleged negligence of defendant in the operation of an automobile, which struck plaintiff as she was crossing a public highway. Judgment in favor of defendant dismissing the complaint, entered upon a jury verdict, unanimously affirmed, with costs. No opinion. Appeal from order denying plaintiff's motion to set aside the verdict and for a new trial dismissed, without costs. There is no such order in the record. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FALBO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of unlawful entry, unanimously affirmed. No opinion. Present — Lazansky, P. J. Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN KATZ, Alias NATHAN KATZMAN, Appellant.— Judgment of the County Court of Kings County, convicting the defendant of the crime of assault in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES MANGANO, Appellant.— Judgment of the County Court of Queens County convicting defendant of the crime of coercion, unanimously affirmed. No opinion. Appeals from order overruling demurrer and from order denying defendant's motion for a bill of particulars dismissed as not appealable. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ. [See People v. Van Arsdale, ante, p. 300.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTUS E. McDONOUGH, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of injury to property, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL VALENTINO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of unlawful entry, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THOMAS REID, Appellant, v. THOMAS S. DEAL, Respondent.— Action to recover damages for personal injuries suffered by the plaintiff as a consequence of an accident on the Bronx River Parkway Extension while plaintiff was a passenger in an automobile owned and driven by the defendant. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ELLA SCHELBERGER, Respondent, v. EDWIN J. SCHELBERG and EDITH L. SCHELBERG, as Administrators C. T. A. of the Goods, Chattels and Credits of